J.R. HOWELL (Cal. Bar No. 268086)
jr@lojrh.com
**LAW OFFICE OF J.R. HOWELL**
2219 Main Street
Suite 436
Santa Monica, CA 90405
(323) 897-8656
*Attorney for Plaintiffs and*
*The Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ONISKO & SCHOLZ, LLP, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> B.S.D. CAPITAL, INC. DBA LENDISTRY, <br><br> Defendant. | Case No. 2:24-CV-10314 MEMF (SKx) <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR COSTS AND EXPENSES PURSUANT TO 28 U.S.C. § 1447(C)** |

Before the Court is a motion by Plaintiffs Onisko & Scholz, LLP, Paul Scholz, and Cindy Schoelen (collectively "Plaintiffs") to for costs and expenses, including attorney fees, following remand of this case back to the California Superior Court for the County of Los Angeles pursuant to 28 U.S.C. § 1447(c).

**WHEREAS**, on October 28, 2024, Plaintiffs filed a Complaint in the California Superior Court for the County of Los Angeles with case number 24STCV28081;

**WHEREAS**, on November 27, 2024, Defendant B.S.D. Capital, Inc. DBA Lendistry (hereinafter "Lendistry") filed in the United States District Court for the Central District of California a Notice of Removal;

**WHEREAS**, on December 6, 2024, Plaintiffs filed their Motion to Remand based on a dispute as to subject-matter jurisdiction in the United States District Court for the Central District of California, which Lendistry timely opposed;

**WHEREAS**, on June 24, 2025, this Court remanded the case back to state court on the grounds of improper removal;

**WHEREAS**, on August 12, 2025, Plaintiffs sought their costs and expenses, including attorney fees, pursuant to 28 U.S.C. § 1447(c);

**WHEREAS**, the Court, having considered Plaintiffs' moving papers, any opposition filed by the Defendant, the arguments of counsel and the record in this matter, good cause appearing therefor;

**IT IS HEREBY ORDERED** as follows:

The Court grants Plaintiffs' Motion;

Lendistry shall pay directly to Plaintiffs' Counsel the amount of $240,642.50 within fourteen days of entry of this Order.

**IT IS SO ORDERED**.

Dated: _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge